UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUNAKO MAGEE,

    Petitioner,

    v.

JAMES WALKER, Warden,

    Respondent.

                      /

No. C 08-5613 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner.  Petitioner seeks to challenge a conviction obtained in Solano County.  Solano County is in the venue of the United States District Court for the Eastern District of California.  Petitioner is incarcerated at California State Prison-Sacramento, which also is in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither, and the Eastern District is both.  This case therefore is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a);  Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: January 5, 2009.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge